IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hardin, Lisa D | Case Number: 07 B 23541 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/18/08 | Filed: 12/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 2, 2008
Confirmed: February 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,058.00 | |
| Secured: | | 1,078.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,794.68 |
| Trustee Fee: | | 185.32 |
| Other Funds: | | 0.00 |
| Totals: | 3,058.00 | 3,058.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dollie I Warren-Reed | Administrative | 3,000.00 | 1,794.68 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Lighthouse Financial Group | Secured | 9,332.28 | 1,078.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 19,408.92 | 0.00 |
| 5. | Lighthouse Financial Group | Unsecured | 68.09 | 0.00 |
| 6. | AFNI | Unsecured | | No Claim Filed |
| 7. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 8. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 9. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 10. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 11. | Norwest Collectors | Unsecured | | No Claim Filed |
| | | | $ 31,809.29 | $ 2,872.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 65.98 |
| 6.5% | 119.34 |
| | $ 185.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Hardin, Lisa D

Printed: 11/18/08

Case Number:  07 B 23541
Judge:  Wedoff, Eugene R
Filed:  12/14/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

